ROBERT CLARK, DANIEL S. BACON, JOSEPH WOOD, OLIVER JOHNSON, HARRY CONANT, WILLIAM G. KNAGGS, HENRY DISBROW, THOMAS G. COLE, JOHN JERMAIN, CHARLES M. HUMPHREY, AND ALBERT H. HICKOK *versus* ETHEL BURCH, MARSHAL OF THE VILLAGE OF MONROE.

JOURNAL ENTRIES (1828): *Journal 4:* (1) Dismissed *p. 218.
PAPERS IN FILE: (1) Bill of complaint; (2) temporary restraining order.
*Chancery Case* 101 of 1828.

IN THE MATTER OF THE ESTATE OF STEPHEN MACK, DECEASED (JOHN M. MACK, ADMINISTRATOR, APPELLANT).

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion for leave to enter appeal *p. 223; (2) leave granted to enter appeal *p. 228; (3) appeal bond approved, rule to show cause against reversal *p. 231; (4) no cause shown, order below annulled *p. 236; (5) judgment for costs *p. 242.
PAPERS IN FILE: (1) Petition for leave to appeal, admission of Almon Mack; (2) affidavit of John M. Mack; (3) transcript of order of probate judge; (4) appeal bond; (5) affidavit of Gideon O. Whittemore; (6) copy of rule to show cause, acceptance of service; (7) appearance, etc., of Almon Mack; (8) draft of order annulling order below; (9) motion for taxation of costs; (10) receipts for attorneys' fees.
*1824–36 Calendar,* MS p. 173.

WILLIAM BUCKLEN *versus* JOHN H. CARPENTER, JAMES BUCKLIN, CONRAD TEN EYCK, THOMAS CHADWICK, JOHNSON KILBOURN, JOSEPH YOUNG, AND JOSEPH HICKCOX.

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion for leave to amend return to subpoena *p. 225; (2) motion to dissolve injunction *p. 233; (3) motion for reference to take testimony *p. 260; (4) motion for reference withdrawn *p. 263; (5) motion for rule to take testimony, motion to strike answers from file *p. 264; (6) motion to dissolve injunction *p. 290; (7) injunction dissolved, continued *p. 299.
PAPERS IN FILE: (1) Bill of complaint, fiat for injunction; (2) bond for injunction; (3) writ of subpoena and return; (4) motion for leave to amend return to subpoena; (5) answer of John H. Carpenter; (6) answer of Joseph Young; (7) answer and disclaimer of Conrad Ten Eyck, Thomas Chadwick, and Johnson Kilbourn; (8) motion to dissolve injunction; (9) answer of Joseph Hickcox; (10) answer of James Bucklin; (11) motion for reference to take testimony; (12) draft of order of reference; (13) replication to the answers of the defendants; (14) motion to strike answers of Joseph Hickcox and James Bucklin; (15) affidavit of Joseph W. Torrey; (16) motion to dissolve injunction; (17) affidavit of Charles Larned.
*Chancery Case* 105 of 1828.